FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

MAR 0 1 2011

By: JAMES N. HATTEN, Clerk
Deputy Clerk

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| OLIVAR MARTINEZ-BLANCO, | : | MOTION TO VACATE |
| Movant, | : | 28 U.S.C. § 2255 |
| | : | |
| v. | : | CRIMINAL NO. |
| | : | 1:06-CR-396-TCB-3 |
| UNITED STATES OF | : | |
| AMERICA, | : | CIVIL ACTION NO. |
| Respondent. | : | 1:11-CV-540-TCB |

## ORDER

Movant Olivar Martinez-Blanco seeks via 28 U.S.C. § 2255 to challenge the constitutionality of his convictions and sentences in this Court. [Doc. 145].

**IT IS HEREBY ORDERED** that said Motion and any amendments thereto be filed and served, together with a copy of this Order, on the United States Attorney for the Northern District of Georgia. Respondent shall **SHOW CAUSE** within thirty days of the receipt of this Order why said Motion should not be granted; and, in connection therewith, Respondent shall transmit to this Court such pleadings, transcripts and decisions as are available and required to determine the issues raised.

As part of its response, Respondent should address whether a hearing is required to evaluate the issues raised in the Motion.

**IT IS SO ORDERED**, this  1st  day of  March , 2011.

_____
TIMOTHY C. BATTEN, SR.
UNITED STATES DISTRICT JUDGE

2

AO 72A
(Rev.8/82)