STATE OF GEORGIA

COUNTY OF FULTON

## AFFIDAVIT OF ALBA MALES

Personally appeared before the undersigned officer, authorized to administer oaths, Alba Males who, after being duly sworn, deposes and states the following:

1.

My name is Alba Males. I am over the age of eighteen, and am of sound mind and under no legal disability. I have the authority to give this Affidavit and make this Affidavit upon my personal knowledge. This Affidavit is given in support of petition of Olivar Martinez Blanco filed under 28 U.S.C. § 2255 and for all other purposes authorized by law. I reside in Fulton County, Georgia.

2.

I am a professional, court-certified interpreter authorized to interpret between Spanish and English. Cathy Alterman hired me to interpret conversations between her and Mr. Martinez prior to Mr. Martinez's trial. I recall meeting with Mr. Martinez and Ms. Alterman at the Atlanta City Detention Center.

3.

I distinctly remember this case for a number of reasons. Prior to trial, while interpreting between Ms. Alterman and Mr. Martinez, I recall Ms. Alterman conveying an offer of twenty years to Mr. Martinez. I further recall that Ms. Alterman urged Mr. Martinez to reject the plea. I recall Ms. Alterman telling Mr. Martinez words to the effect of, "We can beat this." I recall that I did not agree with the advice given in light of the strength of the

Government's case.

4.

I further recall this case because it was the first case that I had before Judge Batten. I also recall that Judge Batten was not pleased by the fact that he had to sentence Mr. Martinez to life without parole. I recall agreeing that the outcome was unjust and that an error had been made when Mr. Martinez was not advised to accept the plea offer.

5.

That the facts contained in the foregoing are true and correct, and where alleged on information and belief, are believed to be true and correct.

This Affidavit is made and executed on this the ___12th___ day of April, 2012.

_____
Alba Males

Sworn to and subscribed
before me this __12th__ day
of April, 2012.

_____
Notary Public
My Commission Expires:

My Commission Expires
November 7, 2015

2