IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| | ) CRIMINAL ACTION FILE |
| v. | ) |
| | ) NO. 1:06-cr-396-3-TCB |
| OLIVAR MARTINEZ-BLANCO, | ) |
| | ) |
| Defendant. | ) |

### WRIT OF HABEAS CORPUS AD PROSEQUENDUM

**WARDEN, UNITED STATES PENTENTIARY AT BIG SANDY IN INEZ, KENTUCKY AND ANY U.S. MARSHAL AND ANY OTHER AUTHORIZED OFFICER.**

**YOU ARE HEREBY COMMANDED** to have the body of Olivar Martinez-Blanco (#59921-019), by you restrained of his liberty, as it is said, by whatsoever names detained before the Honorable Timothy C. Batten, Sr., United States District Judge of the United States District Court for the Northern District of Georgia of said Court in the City of Atlanta, Georgia, **at 10:00 a.m. on the 6th day of September, 2012,** and from day to day thereafter until discharged by the Court, then and there to appear for a hearing and abide by the judgment of the Court in the above entitled case, thence to be returned to the custody from which he came, and have you this writ.

**WITNESS** the Honorable Judge of the United States District Court for the Northern District of Georgia,

This 16th day of July, 2012.

_____
Timothy C. Batten, Sr.
United States District Judge

James N. Hatten, Clerk
July 16, 2012
By_____
Julee G. Smilley
Deputy Clerk