# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

### 1:06-cr-00396-TCB-ECS
### USA v. Arroyo-Pineda et al
### Honorable Timothy C. Batten, Sr.

Minute Sheet for proceedings held In Chambers on 09/06/2012.

TIME COURT COMMENCED: 9:45 A.M.
TIME COURT CONCLUDED: 10:30 A.M.    COURT REPORTER: None
TIME IN COURT: 00:45                DEPUTY CLERK: Julee Smilley
OFFICE LOCATION: Atlanta

| | |
|---|---|
| DEFENDANT(S): | [3]Olivar Martinez-Blanco NOT Present at proceedings |
| ATTORNEY(S) PRESENT: | John Lovell representing Olivar Martinez-Blanco<br>Suzette Smikle representing USA |
| PROCEEDING CATEGORY: | Motion Hearing(Motion Hearing Non-evidentiary); |
| MOTIONS RULED ON: | DFT#3-[145]Motion to Vacate (2255) DEFERRED |
| MINUTE TEXT: | The Court met with counsel and discussed resolution of the motion. The Court decided to delay the hearing to give counsel time to review various proposals and will reschedule the hearing once counsel advises they are prepared to go forward. |