# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:06-cr-00396-TCB-ECS
## USA v. Arroyo-Pineda et al
## Honorable Timothy C. Batten, Sr.

Minute Sheet for proceedings held In Chambers on 09/12/2012.

TIME COURT COMMENCED: 10:00 A.M.
TIME COURT CONCLUDED: 10:35 A.M.   COURT REPORTER: None
TIME IN COURT: 00:35   DEPUTY CLERK: Julee Smilley
OFFICE LOCATION: Atlanta

| | |
|---|---|
| DEFENDANT(S): | [3]Olivar Martinez-Blanco NOT Present at proceedings |
| ATTORNEY(S) PRESENT: | John Lovell representing Olivar Martinez-Blanco<br>Suzette Smikle representing USA<br>William Toliver representing USA |
| PROCEEDING CATEGORY: | Status Conference; |
| MOTIONS RULED ON: | DFT#3-[145]Motion to Vacate (2255) DEFERRED |
| MINUTE TEXT: | The Court met with counsel in chambers. Further discussions are necessary, therefore ruling on the motion is deferred. Counsel will report back to the Court after consultation. |