IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) CRIMINAL ACTION FILE |
| v. | ) |
| | ) NUMBER 1:06-cr-396-TCB-ECS-3 |
| OLIVAR MARTINEZ-BLANCO | ) |

## O R D E R

This case is currently before the Court on Defendant Olivar Martinez-Blanco's 28 U.S.C. § 2255 motion [145]. Pursuant to Rule 8 governing proceedings under § 2255, the Court will hold an evidentiary hearing on Thursday, October 3, 2013 at 9:30 a.m. in Courtroom 2106 in Atlanta. The parties may present live testimony from: (1) Cathy Alterman, Martinez-Blanco's trial counsel; (2) Government attorney(s) responsible for prosecuting Martinez-Blanco; (3) Alba Males, Martinez-Blanco's trial translator; and (4) Dr. Adriana Flores, a defense psychologist who evaluated Martinez-Blanco. The Government may conduct its own evaluation of Martinez-Blanco and offer testimony from its evaluator.

IT IS SO ORDERED this 5th day of September, 2013.

*[signature: Timothy C. Batten]*

Timothy C. Batten, Sr.
United States District Judge