# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:06-cr-00396-TCB-ECS
## USA v. Arroyo-Pineda et al
## Honorable Timothy C. Batten, Sr.

Minute Sheet for proceedings held In Open Court on 03/26/2014.

TIME COURT COMMENCED: 3:15 P.M.
TIME COURT CONCLUDED: 3:25 P.M.
TIME IN COURT: 00:10
OFFICE LOCATION: Atlanta
COURT REPORTER: Lori Burgess
COURT INTERPRETER: David Hoover
DEPUTY CLERK: Julee Smilley

| | |
|---|---|
| DEFENDANT(S): | [3]Olivar Martinez-Blanco Present at proceedings |
| ATTORNEY(S) PRESENT: | John Lovell representing Olivar Martinez-Blanco<br>William Toliver representing USA |
| PROCEEDING CATEGORY: | Sentencing Hearing(Sentencing Hearing Non-evidentiary); |
| MOTIONS RULED ON: | DFT#3-[145]Motion to Vacate (2255) DISMISSED<br>DFT#3-[220]Motion for Reduction of Sentence GRANTED |
| MINUTE TEXT: | The Government filed the joint motion to reduce the sentence in this case. The Court dismissed the 2255 case (1:11-cv-540-TCB) and reduced the sentence to 25 years on Counts 1 & 2 to run concurrent. The government will submit a proposed order for the Court. |