UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| OLIVAR MARTINEZ-BLANCO | : | |
| | : | **CRIMINAL CASE** |
| Movant, | : | **NO. 1:06-cr-396-3-TCB** |
| | : | |
| v. | : | |
| | : | **CIVIL ACTION** |
| UNITED STATES OF AMERICA, | : | **NO. 1:11-cv-540-TCB** |
| | : | |
| Respondent. | : | |

## J U D G M E N T

The court, Honorable Timothy C. Batten, Sr., having dismissed the motion filed pursuant to Title 28, United States Code, Section 2255,

**Judgment is hereby entered** in favor of the respondent against the movant.

Dated at Atlanta, Georgia, this 26th day of March 2014.

JAMES N. HATTEN,
CLERK OF COURT

By: /s/ Janice Micallef
　　　Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
March 26, 2014
James N. Hatten
Clerk of Court

By: /s/ Janice Micallef
　　　Deputy Clerk