IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) CRIMINAL ACTION FILE |
| v. | ) |
| | ) NUMBER 1:06-CR-396-3-TCB |
| OLIVAR MARTINEZ-BLANCO, | ) |
| | ) |
| Defendant. | ) CIVIL ACTION FILE |
| | ) |
| | ) NUMBER 1:11-CV-540-TCB |

**ORDER DISMISSING DEFENDANT'S MOTION TO VACATE
AND SET ASIDE SENTENCE**

On March 26, 2014, the Government and Defendant appeared before the Court and presented a joint motion to dismiss Defendant's pending 28 U.S.C. § 2255 motion. Having reviewed and considered the motion, the Court hereby GRANTS the joint motion filed by the Government and Defendant.

It is hereby ORDERED AND ADJUDGED that Judgment is entered against the movant in favor of the respondent, and Defendant's motion to vacate and set aside his sentence is dismissed with prejudice.

IT IS SO ORDERED this 31st day of March, 2014.

_____
Timothy C. Batten, Sr.
United States District Judge