IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| OLIVAR MARTINEZ-BLANCO,<br>    Petitioner,<br><br>v.<br><br>UNITED STATES OF AMERICA<br>    Respondent | :<br>:<br>: Criminal Action No:<br>: 1:06-CR-396-TCB<br>:<br>:<br>: |

## ORDER AMENDING THE
## JUDGMENT AND COMMITMENT

This matter came before the Court on March 26, 2014 for re-sentence based on the Joint Motion of the Parties [220] which is GRANTED. For good cause shown, the **Defendant's sentence is reduced to 300 months' imprisonment** and the following language on page 2 under the caption "Imprisonment" should be changed as follows: **Remove the word "life" and substitute "300 months."**

It is hereby ORDERED AND ADJUDGED that the Judgment and Commitment be amended as stated.

It is further ORDERED that the judgment remain the same in every other respect.

The Clerk shall serve a copy of this Order upon Defendant, his counsel, the Probation Office, the United States Attorney, and the United States Marshal.

SO ORDERED, THIS 31 st day of MARCH 2014.

_____
TIMOTHY C. BATTEN, SR.
UNITED STATES DISTRICT JUDGE

Prepared by:
William R. Toliver, Assistant United States Attorney
(404) 581-6069

and

John Lovell, Attorney for Defendant
(678) 552-2534